UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF D.R., J.O., and J.M.,<br>    Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1; WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM; U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10; and U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM,<br>    Defendants. | Civil Action No. 11-10434-PBS |

## JOINT STATEMENT

NOW COME the parties in the above-captioned action and, in accordance with the Notice of Scheduling Conference dated March 15, 2011 and pursuant to the provisions of Fed. R. Civ. P. 16(b) and 26(f) as well as Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts (individually, a "**Local Rule**"), submit this Joint Statement.

I. <u>Obligation of Counsel to Confer</u>

The parties have conferred in accordance with the provisions of Fed. R. Civ. P. 26(f) and Local Rule 16.1(b).

The Plaintiffs do not consent to trial by Magistrate Judge. BAC and U.S. Bank do consent to trial by magistrate judge.

II. <u>Settlement Proposals</u>

Plaintiffs has presented written settlement proposals to defendants BAC Home Loans Servicing, L.P. as successor-by-merger to Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-MLN1 ("**BAC**") and U.S. Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust 2006-FF10 ("**U.S. Bank**").

III. <u>Joint Statement</u>

    A. <u>Proposed Discovery Plan</u>

The Plaintiff, BAC and U.S. Bank agree on the following discovery plan:

| | |
|---|---|
| **April 26, 2011** | Initial disclosures pursuant to Fed. R. Civ. P. 26(a) made. |
| **November 30, 2011** | All fact discovery, both written and depositions, completed. |
| **January 2, 2012** | Plaintiff shall designate trial experts and shall disclose information contemplated by Fed. R. Civ. P. 26(a)(2)(b). |
| **February 1, 2012** | Defendants shall designate trial experts and shall disclose information contemplated by Fed. R. Civ. P. 26(a)(2)(b). |
| **April 2, 2012** | Expert depositions completed. |

B.  Proposed Schedule for Filing Motions

**June 1, 2012**          All dispositive motions, including motions for summary judgment, filed.

**July 2, 2012**          All replies to dispositive motions filed.

**August 1, 2012**        A final pre-trial conference will be held unless dispositive motions are pending at that time.

C.  Certification by Counsel

Counsel for the parties certify that they have conferred with their respective clients concerning those matters set forth in Local Rule 16.1(d)(3). The Plaintiffs do consent to mediation pursuant to Local Rule 16.4(c)(4) and before a Magistrate Judge. BAC and U.S. Bank do not consent to alternative dispute resolution pursuant to Local Rule 16.4 as prior attempts have been unproductive.

[The remainder of this page left blank intentionally.]

| | |
|---|---|
| Respectfully submitted,<br><br>ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF D.R., J.O., and J.M.,<br><br><br>By their attorney,<br><br><br><br>/s/ *Ed Rice*<br>Edward Rice, Esq.<br>BBO No. 637153<br>Volunteer Lawyers Project<br>99 Chauncy Street, Suite 400<br>Boston, MA 02111<br>(617) 423-0648<br>ERice@vlpnet.org | Respectfully submitted,<br><br>BAC HOME LOANS SERVICING, L.P. AS SUCCESSOR-BY-MERGER TO WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A., AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1,<br><br>By its attorneys,<br><br>MICHIENZIE & SAWIN, LLC,<br><br>/s/ *Richard C. Demerle*<br>Richard C. Demerle, Esq. (BBO#652242)<br>Paul Michienzie, Esq. (BBO#547801)<br>745 Boylston Street<br>Boston, MA 02116<br>(617) 227-5660<br>RDemerle@masatlaw.com |
| | Respectfully submitted,<br><br>U.S. BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10,<br><br>By its attorneys,<br><br>KARIMI & ASSOCIATES,<br><br>/s/ *Shiva Karimi*<br>Shiva Karimi, Esq.<br>268 Summer Street, Lower Level<br>Boston, MA 02110-1108<br>BBO No. 642332<br>(617) 292-3636<br>SKarimi@KarimiLaw.com |

DATE: March 29, 2011

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF D.R., J.O., and J.M.,<br>Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1;<br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM;<br>U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10; and<br>U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM,<br>Defendants. | Civil Action No. 11-10434-PBS |

**CERTIFICATE OF SERVICE**

I, Richard C. Demerle, Esq. of the law firm of Michienzie & Sawin, LLC hereby certify that I have this 29th day of March 2011, served on behalf of BAC Home Loans Servicing, L.P. as successor-by-merger to Wilshire Credit Corporation as attorney in fact for LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-MLN1, a Joint Statement and this Certificate of Service by causing copies hereof to be sent by first-class, U.S. mail, postage pre-paid (M), or via electronic mail (EM), to the following:

2

| | |
|---|---|
| Edward Rice, Esq.<br>Volunteer Lawyers Project<br>99 Chauncy Street #400<br>Boston, MA 02111 (EM) | Shiva Karimi, Esq.<br>Counsel for U.S. Bank, N.A.<br>Karimi & Associates, PC<br>268 Summer Street, Lower Level<br>Boston, MA 02110-1108 (M) |

          */s/ Richard C. Demerle*
          Richard C. Demerle