UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF D.R., J.O., and J.M.,<br>     Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1; WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM; U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10; and U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM,<br>     Defendants. | Civil Action No. 11-10434-PBS |

## NOTICE OF STATE COURT RECORD

Pursuant to 28 U.S.C. § 1447(b) and LR 81.1 and pursuant to the agreement of the parties and the U.S. District Court at the April 5, 2011 scheduling conference for the above-referenced matter, BAC Home Loans Servicing, L.P. as successor-by-merger to defendant Wilshire Credit Corporation as attorney in fact for LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-MLN1 (the "**Defendant**") submits herewith a certified copy of the court docket in the state court as well as copies of all docket entries

{00269065.DOC}

in the state court – specifically, <u>Alana Waldholz individually and as natural parent and next friend of Domenik Robinson, Ja-Shon Oliver and Ja-Rod McClanahan v. Wilshire Credit Corporation as attorney in fact for LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-MLN1, et al.</u>, Boston Housing Court, civil action no. 09H84-CV-000162 (the "**State Court Action**") – in paper form as well as in .pdf format on a compact disc provided to the Court.

In order to clarify the docket entries for this Court, the Defendant notes the following regarding the State Court Action:

1. The Docket Report of the Boston Housing Court ("**BHC**") references 45 documents.  However, the file provided by BHC does not include docket no. 3 – "Affidavit of Indigency."

2. On December 2, 2009, defendant U.S. Bank, National Association filed a <u>Defendant's Motion for Relief from Default Pursuant to Mass. R. Civ. P. 55(c)</u> that includes a supporting affidavit from Attorney Shiva Karimi, attached thereto as <u>Exhibit A</u>.  BHC docketed the Defendant's Motion as docket no. 23 and the supporting affidavit as docket no. 24.

3. On July 28, 2010, Bank of America filed a <u>Motion of Bank of America to Lift Entry of Default</u>.  However, when BHC docketed the motion at docket no. 37, BHC identified the motion as a motion by U.S. Bank, National Association.

4. On January 10, 2011, Bank of America Corporation filed a <u>Report of Bank of America Corporation to Court Regarding Status of Corporate Entities</u>. However, BHC docketed the report twice, at docket nos. 43 and 44.

In accordance with LR 5.4(f), this record is submitted in paper form herewith, together with a compact disc containing the state court record in .pdf format.

Respectfully submitted,

BAC HOME LOANS SERVICING, L.P. AS
SUCCESSOR-BY-MERGER TO WILSHIRE
CREDIT CORPORATION AS ATTORNEY
IN FACT FOR LASALLE BANK N.A., AS
TRUSTEE FOR THE MLMI TRUST SERIES
2006-MLN1,

By its attorneys,

MICHIENZIE & SAWIN, LLC,

*/s/ Richard C. Demerle*
Paul Michienzie (BBO#548701)
Richard C. Demerle (BBO#652242)
745 Boylston Street
Boston, MA 02116
(617) 227-5660

DATE:  May 16, 2011

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF D.R., J.O., and J.M.,<br>        Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1; WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM; U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10; and U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM,<br>        Defendants. | Civil Action No. 11-10434-PBS |

## CERTIFICATE OF SERVICE

I, Richard C. Demerle of the law firm of Michienzie & Sawin, LLC hereby certify

that I have this 16th day of May 2011, served on behalf of BAC Home Loans Servicing,

L.P. as successor-by-merger to defendant Wilshire Credit Corporation as attorney in

fact for LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-MLN1, a Notice

of State Court Record and this Certificate of Service by causing copies hereof to be sent

by first-class, U.S. mail, postage pre-paid (M), or via electronic mail (EM), to the

following:

| Shiva Karimi | Edward Rice |
|---|---|
| Karimi & Associates PC | Volunteer Lawyers Project |
| 268 Summer Street | 99 Chauncy Street #400 |
| Lower Level | Boston, MA 02111 (EM) |
| Boston, MA 02210-1108 (M) | |

*/s/ Richard C. Demerle*
Richard C. Demerle

{00269065.DOC}