CRTR2709-CR

**MASSACHUSETTS
BOSTON HC POSTING
Docket Report**

09H84CV000162
Waldholz, Alana et al  v.  Wilshire Credit Corp. et al

CL~~
DATE    4/5/11

| INFORMATIONAL DOCKET ENTRIES ||||
|---|---|---|---|
| Date | Reference | Description | Judge |
| 04/02/2010 | | Event Resulted<br>The following event: Motion Hearing scheduled for 04/02/2010 12:00 PM has been resulted as follows.<br><br>Result: Not held but resolved | |
| 04/02/2010 | | Event Resulted<br>The following event: Motion Hearing scheduled for 04/02/2010 12:00 PM has been resulted as follows:<br><br>Result: Not held but resolved | |
| 02/20/2009 | 1 | Civil Complaint filed | |
| 02/20/2009 | 2 | Motion to consolidate with 09-CV-17 filed by Alana Waldholz | |
| 02/20/2009 | 3 | Affidavit of Indigency FILED | |
| 02/25/2009 | | Tracking Order,Track A<br>Service of Process Due 06/23/2009<br>Case Management Conference Held Due 07/23/2009<br>Rule 12 Motion Served and Heard Due 08/24/2009<br>Rule 19 Motion Served and Heard Due 08/24/2009<br>Rule 20 Motion Served and Heard Due 08/24/2009<br>Rule 15 Motions, Discovery Completed Due 06/18/2010<br>Rule 56 Motions Due 07/13/2011<br>Rule 16 Pretrial Conference and Trial Set Due 11/10/2011<br>Case Disposed Due 03/09/2012 Notice mailed to plffs for service | |
| 02/25/2009 | | Affidavit of Indigency APPROVED jas | |
| 03/12/2009 | 4 | NOTICE OF FILING OF REMOVAL TO FEDERAL COURT | |
| 03/16/2009 | 5 | Amended Complaint filed. | |
| 03/19/2009 | | Case copied and originals given to Ulanda to send to Federal Court with her cases | |
| 05/05/2009 | 6 | Return of service IH agent in charge Wilshire Credit Corp completed | |
| 05/05/2009 | 7 | Return of service IH Teller/agent for Bank Of America, Federal St Boston completed | |
| 05/05/2009 | 8 | Return of service IH agent in chardge Wilshire Credit Corp. completed | |
| 05/11/2009 | 9 | Motion to dismiss first amended complaint filed by Wilshire Credit Corp. | |
| 05/15/2009 | 10 | Return of service by mail completed | |
| 05/15/2009 | 11 | Return of service by mail completed | |
| 05/18/2009 | 12 | Affidavit of Atty Vining for service of summons | |
| 06/05/2009 | | Copies of Papers # 9-12 mailed to Federal Court per cbd | |
| 06/18/2009 | 13 | ORDER OF REMAND-In accordance with the Court's endorsed order dated 4/13/09 the above entitled action is hereby remanded to the BHC Suffolk County MA | |
| 07/16/2009 | 14 | Opposition to defts motion to dismiss & req. sanctions by Alana Waldholz | |

CRTR2709-CR

**MASSACHUSETTS**
**BOSTON HC POSTING**
**Docket Report**

09H84CV000162
Waldholz, Alana et al v. Wilshire Credit Corp. et al

DATE __4/5/11__

| Date | No. | Description | |
|---|---|---|---|
| 10/16/2009 | 15 | Plffs ints to deft LaSalle Bank NA as Trustee for te MLMI Trustee Series 2006 MLNI as serviced by Wilshire Credit COrp. | |
| 10/16/2009 | 16 | Plffs req for prod to deft LaSalle Bank NA as Trustee for the MLMI Trustee Series 2006 MLNI as serviced by Wilshire Cedit Corp | |
| 10/19/2009 | 17 | Plffs corrected ints to deft Lasalle Bank as trustee fir the MLMI Trustee series 2006-MLNI as serviced by Wilshire Credit Corp | |
| 10/30/2009 | 20 | Request for default Rule 55(A) US Bank Nat's Assoc. as Trustee for First Franklin Mortgage Loan Trust | |
| 11/02/2009 | 18 | Request for default Rule 55(A) Bank of America | |
| 11/02/2009 | 19 | Affidavit of Atty Rice | |
| 11/24/2009 | 21 | Motion to dismiss filed by US Bank National Assoc. as Trustee | |
| 11/24/2009 | | R. 55(a) Request of Party, default entered Bank of America & mailed | |
| 11/24/2009 | | R. 55(a) Request of Party, default entered US Bank National as trustee & mailed | |
| 11/25/2009 | 22 | Motion to compel discovery filed by Alana Waldholz | |
| 11/30/2009 | | Scheduled Event: Motion Hearing Date: 12/18/2009 Time: 02:00 PM notice mailed | Muirhead |
| 12/02/2009 | | Scheduled Event: Motion Hearing Date: 12/18/2009 Time: 02:00 PM amended notice mailed Result: Held | Muirhead |
| 12/02/2009 | 23 | Motion for relief from default Rule 55(a) filed by US Bank National Association | |
| 12/02/2009 | 24 | Affidavit of Shiva Karimi, Esquire | |
| 12/08/2009 | | Amended notice mailed | |
| 12/18/2009 | | Event Resulted The following event: Motion Hearing scheduled for 12/18/2009 02:00 PM has been resulted as follows. Result: Held | |
| 01/08/2010 | | ORDER-The motion to dismiss and the req. for sanctions are denied Wilshire has 20 days in which to file a responsive pleading See order for all details | Muirhead |
| 01/11/2010 | | Order mailed | |
| 02/01/2010 | 25 | Answer of Wilshire Credit Corp. and counterclaim and crossclaims | |
| 02/17/2010 | 26 | Motion to dismiss filed by US Bank National Association | |
| 02/19/2010 | 27 | US Bank Nat'l Assos's answer to Wolshire Credit Corps crossclaim | |
| 02/24/2010 | 28 | Plffs answer to counterclaims of Wilshire | |
| 02/26/2010 | 29 | plffs second motion to compel and for sanctions | |

CRTR2709-CR

**MASSACHUSETTS
BOSTON HC POSTING
Docket Report**

**09H84CV000162
Waldholz, Alana et al v. Wilshire Credit Corp. et al**

4/5/11

| Date | No. | Description | Judge |
|---|---|---|---|
| 03/10/2010 | | Scheduled<br>Event: Motion Hearing<br>Date: 04/02/2010 Time: 12:00 PM notice mailed<br>Result: Not held but resolved | Muirhead |
| 03/19/2010 | | Scheduled<br>Event: Motion Hearing<br>Date: 04/02/2010 Time: 12:00 PM amended notice mailed<br>Result: Not held but resolved | Muirhead |
| 04/05/2010 | 30 | Affidavit of Jonathan Mace Bent concerning atty's fees | |
| 04/05/2010 | 31 | Affidavit in support of Atty's fees | |
| 04/06/2010 | | ORDER-Mo for sanctions is denied w/o prejudice See order for all details | Muirhead |
| 04/08/2010 | | Order mailed | |
| 05/24/2010 | 32 | Motion for entry of final judgment for relief agst deft filed by Alana Waldholz | |
| 06/07/2010 | | Scheduled<br>Event: Motion Hearing<br>Date: 07/16/2010 Time: 12:00 PM notice mailed | Winik |
| 06/18/2010 | | Plffs ints and req. fior production of documents | |
| 06/18/2010 | | Rule 30(B)(6) notice of taking deposition of Wilshire Credit Corp | |
| 06/21/2010 | 33 | Notice of taking deposition of Bank of America, through the person Bank of AMerica designates | |
| 06/21/2010 | | Scheduled<br>Event: Motion Hearing<br>Date: 07/16/2010 Time: 12:00 PM<br>Result: Held | Muirhead |
| 07/02/2010 | 34 | Answer of US Bank National Association<br>as trustee for first Franklin Mortgage Loan Trust 2006-FF10 and US Bank Nat'l Association as trustee for first Franklin Mortgage Loan Trust 2006 FF-10 as Trustee for 11 Roxton Street Condo. | |
| 07/16/2010 | | Event Resulted<br>The following event: Motion Hearing scheduled for 07/16/2010 12:00 PM has been resulted as follows.<br><br>Result: Held | |
| 07/21/2010 | | CD picked up | |
| 07/28/2010 | 36 | Motion to extend remaining deadlines under tracking order filed by US Bank National Association | |
| 07/28/2010 | 37 | Motion to lift entry of default filed by US Bank National Association | |
| 07/29/2010 | 35 | Deft US bank Nat'l Assoc. as trustee for First Franklin Mortgage Loan Trusts' answer to req. of BAC Home Loans Servicing LP for admission from Deft US Bank | |

CRTR2709-CR

**MASSACHUSETTS
BOSTON HC POSTING
Docket Report**

**09H84CV000162
Waldholz, Alana et al v. Wilshire Credit Corp. et al**

| Date | # | Description | |
|---|---|---|---|
| 08/31/2010 | | ORDER-The clerks' office shall schd a case mgmt conf inthis matter for Oct. 1, 2010 at 12:00pm. All parties to appear at the conf. w/stipulations as to 1) the identity of the defts, 2) the identity of each atty appearing in this case and the name of teh party represented y each atty and 3) a discovery schd. agreed to by all parties See order for details<br><br>Order mailed | Muirhead |
| 08/31/2010 | 38 | Plffs reply to the opposition of BAC home Loans Services LP to plffs app for final judgment for relief agst deft. (rec'd by the Court 7/30/10) | |
| 08/31/2010 | | Scheduled<br>Event: Case Management Conference<br>Date: 10/01/2010 Time: 12:00 PM<br><br>Notice mailed<br>Result: Continued | Muirhead |
| 09/01/2010 | 39 | Motion to dismiss filed by Bank of America | |
| 09/07/2010 | | Scheduled<br>Event: Motion Hearing<br>Date: 10/01/2010 Time: 12:00 PM<br><br>Notice mailed<br>Result: Continued | Muirhead |
| 09/30/2010 | 40 | Assented to motion to cont status conference | |
| 09/30/2010 | | Motion Allowed | Muirhead |
| 09/30/2010 | | Event Resulted<br>The following event Case Management Conference scheduled for 10/01/2010 12:00 PM has been resulted as follows:<br><br>Result: Continued<br><br>Reason: Court Action | |
| 09/30/2010 | | Event Resulted<br>The following event: Motion Hearing scheduled for 10/01/2010 12:00 PM has been resulted as follows:<br><br>Result: Continued<br><br>Reason Court Action | |
| 09/30/2010 | | Scheduled<br>Event: Status Hearing<br>Date: 10/08/2010 Time: 12:00 PM<br>Result: Held | Muirhead |
| 10/08/2010 | | Event Resulted<br>The following event Status Hearing scheduled for 10/08/2010 12:00 PM has been resulted as follows.<br><br>Result: Held | |

CRTR2709-CR

MASSACHUSETTS
BOSTON HC POSTING
Docket Report

09H84CV000162
Waldholz, Alana et al v. Wilshire Credit Corp. et al

| Date | No. | Description | Judge |
|---|---|---|---|
| 11/16/2010 | | Scheduled<br>Event: Motion Hearing<br>Date: 12/17/2010  Time: 02.00 PM<br><br>Notice mailed<br>Result: Held | Muirhead |
| 12/10/2010 | 41 | Plffs opposition to motion of Bank of America corp to dismiss and to amend first amended complanit | |
| 12/17/2010 | | Event Resulted<br>The following event: Motion Hearing scheduled for 12/17/2010 02:00 PM has been resulted as follows.<br><br>Result: Held | |
| 12/17/2010 | | Limited opposition to motion of US ban to extend remaining deadlines under tracking order (FIOC) | |
| 12/30/2010 | 42 | Opposition to plffs second amended complaint | |
| 01/10/2011 | 43 | Report of Bank of AMerica Corp. to Court regarding status of Corp. entities | |
| 01/10/2011 | 44 | Report of Bank of America to Court regarding status of corporate entities | |
| 02/09/2011 | | ORDER-So much of the above captioned matter as it relates to Mr Cox and/ot Ms. Gordon, indiv. and/or as trustees of the condo trust is dismissed.  See order for details | Muirhead |
| 02/09/2011 | | ORDER-Motion fo Bank of AMerica to left entry of default was assented to and allowed, Motion of Bank of America to dismiss is allowed, plffs motion to amend first amended compalint is denied and US Bank Nat'l Assoc toe xtend remaining deadlines under tracking order is allowed.  See order for all details | Muirhead |
| 02/10/2011 | | Order mailed | |
| 02/11/2011 | | Order mailed (2nd order rec'd 2/11/11) | |
| 03/17/2011 | 45 | NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT | |