COMMONWEALTH OF MASSACHUSETTS
HOUSING COURT
DEPARTMENT

SUFFOLK, ss                                          CITY OF BOSTON DIVISION
                                                     DOCKET NO:

                                                     09-CV-17

Alana Waldholz Individually and as          )
natural parent And next friend of           )
Domenik Robinson, Ja-Shon Oliver and        )
Ja-Rod McClanahan                           )
    PLAINTIFFS                              )
                                            )
v.                                          )
                                            )
Wilshire Credit Corporation as              )
Attorney in Fact for LaSalle Bank N.A..     )
as Trustee for the MLMI Trust Series        )
2006-MLNI                                   )
    DEFENDANTS                              )

## PLAINTIFFS MOTION TO CONSOLIDATE

The Plaintiff respectfully requests that this court consolidate Docket No. 09 CV 0017 in Boston Housing Court with this above captioned case which was entered February 20, 2009 at Boston Housing court because the two actions arise out of the same events and because transfer and consolidation would serve the interest of judicial efficiency.

The two cases arise out of the same transactions. The evidence presented in both cases will be substantially similar, making transfer and consolidation the most efficient means of adjudication.


Alana Waldholz Individually and as
natural parent And next friend of
Domenik Robinson, Ja-Shon Oliver and
Ja-Rod McClanahan
By their attorney,

*/s/ Kenneth C. Vining*
Kenneth C. Vining, Esq.
BBO #645057
Vining Law Office, LLC
761 Broadway
Somerville, MA 02144
Ph: 617-666-0303
Fax: 617-625-0575