COMMONWEALTH OF MASSACHUSETTS
HOUSING COURT DEPARTMENT

SUFFOLK, ss.                                                    BOSTON DIVISION

| | |
|---|---|
| Alana Waldholdz Individually and as natural parent and next friend of Domenik Robinson, Ja-Shon Oliver and Ja-Rod McClanahan, *Plaintiff* | |
| | CIVIL DOCKET NO. |
| *v.* | **09H84CV00162** |
| Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI; | |
| Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI, Trustee for the 11 Roxton Street Condominium; | |
| U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF10; | |
| U.S. Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2006-FF10, Trustee for the 11 Roxton Street Condominium; | |
| Sirewl Cox individually; Sirewl Cox, Trustee for the 11 Roxton Street Condominium | |
| Sabrina Gordon, individually; | |
| Sabrina Gordon, Trustee for the 11 Roxton Street Condominium | |
| 11 Roxton Street Condominium; and | |
| Bank of America, *Defendants.* | |

1

<u>DEFENDANT, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST
FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE FOR THE 11 ROXTON
STREET CONDOMINIUM'S ANSWER TO REQUEST OF BAC HOME LOANS
SERVICING, L.P. FOR ADMISSION FROM DEFENDANT U.S. BANK</u>

**Request #1:**

The "Foreclosure Deed" attached hereto as <u>Exhibit A</u> is a true and correct copy of the deed that

you recorded with the Suffolk County Registry of Deeds regarding the Property.

**Response #1:**

Objection.  Request for Admission No. 1 does not define the "Property", therefore, the

Defendant is unable to respond without a more definite statement.  Without waiving such

objection, Defendant admits that the attached Foreclosure Deed  is a true copy of the deed that

was recorded with the Suffolk County Registry of Deeds for 11 Roxton Street., Unit 2,

Dorchester.

**Request #2:**

As of July 7, 2008, U.S. Bank was the owner of the Property.

**Response #2:**

Objection.  Request for Admission No. 2 does not define the "Property", therefore, the

Defendant is unable to respond without a more definite statement.  Without waiving such

objection, Defendant admits that the attached Foreclosure Deed for Unit 2 of 11 Roxton Street,

Dorchester, was executed on July 7, 2008, but states that it was not recorded until January 22,

2009.  U.S. Bank further states that the document speaks for itself.

**Request #3:**

As of July 7, 2008, one or more people were living at the Property.

**Response #3:**

Objection. Request for Admission No. 3 does not define the "Property", therefore, the Defendant is unable to respond without a more definite statement. Without waiving such objection, Defendant admits that one or more people were living at 11 Roxton Street, Unit 2 as of July 7, 2008.

**Request #4:**

On or after July 7, 2008, U.S. Bank commenced an eviction action against the occupants of the Property.

**Response #4:**

Objection. Request for Admission No. 4 does not define the "Property", therefore, the Defendant is unable to respond without a more definite statement. Without waiving such objection, Defendant denies the allegations in Request for Admission No. 4.

**Request #5:**

In October 2008, the hot water heater for the Property was leaking.

**Response #5:**

Objection. Request for Admission No. 5 does not define the "Property", nor does it define which hot water heater it is referring to. Therefore, the Defendant is unable to respond without a more definite statement. Without waiving such objection, Defendant denies the allegations in Request for Admission No. 5.

**Request #6:**

In or about October 2008, a water pipe servicing the Property developed a leak.

**Response #6:**

Objection. Request for Admission No. 6 does not define the "Property", nor does it define which water pipe it alleges developed a leak. Therefore, the Defendant is unable to respond without a more definite statement.

**Request #7:**

On or about October 2008, the leaking water pipe servicing the Property leaked water into Unit 1 of the Building.

**Response #7:**

Objection. Request for Admission No. 7 does not define the "Property", nor does it define which water pipe it alleges developed a leak. Therefore, the Defendant is unable to respond without a more definite statement.

The Defendant,
**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, AND AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10 AS TRUSTEE FOR THE 11 ROXTON STREET CONDOMINIUM,**

By its attorney

Shiva Karimi, Esq.
**KARIMI & ASSOCIATES, PC**
268 Summer Street
Boston, Massachusetts 02110-1108
Telephone      (617) 292-3636
Facsimile      (617) 292-0019
BBO No. 642332

As to denials, and statements of inability to admit or deny, signed under the pains and penalties of perjury by:

U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF10 Mortgage Pass-Through Certificates, Series 2006-FF10
By:  Select Portfolio Servicing, Inc., its servicing agent and attorney in fact

Signature: _____
Printed Name: ____**DIANE WEINBERGER**____
Title: Director, Customer Assurance Review

Dated: July 23, 2010

5

## CERTIFICATE OF SERVICE

I, Shiva Karimi, Esq. hereby certify that I served a true copy of:

1.  DEFENDANT, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST
    FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE FOR THE 11
    ROXTON STREET CONDOMINIUM'S ANSWER TO REQUEST OF BAC HOME
    LOANS SERVICING, L.P. FOR ADMISSION FROM DEFENDANT U.S. BANK

by mailing a true copy of the same, postage prepaid, to:

Plaintiff, Alana Waldholz, Individually and as natural parent and next friend of
Domenik Robinson, Ja-Shon Oliver and Ja-Rod McClanahan to:
    Volunteer Lawyers Project
    Attn: Edward A. Rice, Esq.
    99 Chauncy Street, Suite 400
    Boston, MA 02111
    Fax: 617-423-0061
        and
    Jonathan Mace Bent, Esq
    8 Faneuil Hall Marketplace, 3rd Floor
    Boston, MA 02109

Defendant, Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank
N.A., as Trustee for the MLMI Trust Series 2006, AND as Attorney in Fact for LaSalle
Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI, Trustee for the 11 Roxton
Street Condominium to:
    and
Defendant, Bank of America to:

    Richard C. Demerle
    Michienzie & Sawin LLC
    745 Boylston Street
    Boston MA 02116
    Fax: 617-227-5882

Defendant, Sirewl Cox, Individually and as Trustee for the 11 Roxton Street
Condominium to:
    Sirewl Cox
    48 Moreland Street
    Boston, MA 02119

<u>Defendant, Sabrina Gordon, Individually and as Trustee for the 11 Roxton Street</u>
<u>Condominium to</u>:
Sabrina Gordon
5 Leavitt Place, No. 2
Brockton, MA 02301

_Shiva Karimi, Esq._

Shiva Karimi, Esq.

7/27/2010
Date

7