COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

HOUSING COURT DEPT.
BOSTON HOUSING COURT
DOCKET NO.: 09H84CV00162

| |
|---|
| ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF DOMENIK ROBINSON, JA-SHON OLIVER AND JA-ROD MCCLANAHAN,<br>        Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, L.P. AS SUCCESSOR-BY-MERGER TO WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK N.A., AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1; et al.,<br>        Defendants. |

**REPORT OF BANK OF AMERICA CORPORATION
TO COURT REGARDING STATUS OF
CORPORATE ENTITIES**

At the December 17, 2010 hearing on the motion of Bank of America Corporation

to lift entry of default and to dismiss complaint, the Housing Court asked the parties to

submit a report that identifies the nature and relationship of certain corporate and

banking entities whose names have been discussed in connection with this case.  In

response, Bank of America Corporation submits this report to the Court.  Counsel for

co-defendant U.S. Bank, National Association as Trustee for First Franklin Mortgage

Loan Trust 2006-FF10 has reviewed and does not object to this report.  Counsel for

plaintiffs Alana Waldholz et al. has not offered any comment on this report.

## I.    Statement of Material Facts

1.      As of April 24, 2008, LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-MLN1 ("**LaSalle Bank as Trustee**") held a mortgage on certain real property known as and numbered 11 Roxton Street, Unit 1, Dorchester, Massachusetts (the "**Property**").

2.      Wilshire Credit Corporation ("**Wilshire**") served as loan servicer for LaSalle Bank as Trustee regarding the mortgage on the Property.

3.      Also on April 24, 2008, LaSalle Bank as Trustee – through its agent, Wilshire – foreclosed its mortgage on the Property, sold the Property at foreclosure auction and purchased the Property from itself.

4.      By letter dated January 20, 2009, plaintiffs Alana Waldholz individually and as natural parent and next friend of Domenik Robinson, Ja-Shon Oliver and Ja-Rod McClanahan (the "**Plaintiffs**") made demand under the Massachusetts Consumer Protection Act regarding the Property upon two (2) entities:

    a.      "Jay Memmott, President of Wilshire Credit Corporation for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI" (sic), and

    b.      "LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI" (sic).

5.      On February 20, 2009, the Plaintiffs filed a complaint (the "**Complaint**") with the Boston Housing Court, commencing the above-captioned action.

6.     The Complaint names one (1) defendant: "Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI" (sic).

7.     On or about April 13, 2009, the U.S. District Court for the District of Massachusetts – following Wilshire's removal of the case from Housing Court to federal court – allowed the Plaintiffs to file a First Amended Complaint (the "**Amended Complaint**"). The Amended Complaint names 10 separate defendants, including the following:

     a.    "Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLNI" (sic);

     b.    "Wilshire Credit Corporation as Attorney in Fact for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006 MLNI, Trustee for the Roxton Street Condominium" (sic); and

     c.    "Bank of America."

Amended Complaint, p. 1.

8.     Plaintiffs purportedly name "Bank of America" as a defendant because, according to the Plaintiffs, "Bank of America Corp (sic) officially took over LaSalle Bank Corp (sic) on October 1, 2007." Amended Complaint, ¶ 13.

9.     On November 2, 2009, the Plaintiffs asked this Court for an entry of default against Bank of America.

10.    On November 24, 2009, this Court entered default against Bank of America.

11.     On or about January 28, 2010, Wilshire filed its <u>Answer, Counterclaim and</u> <u>Crossclaims of Wilshire Credit Corporation</u> to the Amended Complaint.

12.     On or about July 28, 2010, Bank of America Corporation filed with the Court a <u>Motion of Bank of America to Lift Entry of Default</u> (the "**Motion to Lift Default**").

13.     On or about August 9, 2010, the Plaintiffs delivered by certified mail a copy of the Amended Complaint to CT Corporation System in Raleigh, North Carolina for service on Bank of America Corporation.

14.     On August 31, 2010, Bank of America Corporation filed with the Court a <u>Motion of Bank of America Corporation to Dismiss Complaint</u> (the "**Motion to Dismiss**").

15.     The Motion to Lift Default and the Motion to Dismiss are pending.

## II.     The Relevant Corporate and Banking Entities

16.     In response to the request of the Court, Bank of America Corporation submits the following summary regarding the identities and histories of certain corporate and banking entities discussed in connection with this case.

### Wilshire Credit Corporation

17.     Wilshire, a Nevada corporation, served as loan servicer for LaSalle Bank as Trustee regarding the Property.

18.     Wilshire merged into BAC Home Loans Servicing, LP, a Texas limited partnership, effective March 1, 2010.

### LaSalle Bank Corporation and Bank of America Corporation

19.    LaSalle Bank Corporation previously owned LaSalle Bank, National Association.

20.    On October 1, 2007, Bank of America Corporation acquired LaSalle Bank Corporation.

21.    LaSalle Bank Corporation did not merge with Bank of America Corporation but, instead, remained as a holding company under Bank of America Corporation.

22.    On December 31, 2008, LaSalle Bank Corporation changed its name to BANA Holding Corporation.

### LaSalle Bank, N.A. and Bank of America, N.A.

23.    LaSalle Bank, National Association served as trustee for the MLMI Trust Series 2006-MLN1, the holder of the mortgage and subsequent owner of the Property.

24.    LaSalle Bank Corporation owned LaSalle Bank, National Association.

25.    On October 17, 2008, LaSalle Bank, National Association merged with and into Bank of America, National Association.

Respectfully submitted,

BANK OF AMERICA CORPORATION,

By its attorneys,

MICHIENZIE & SAWIN, LLC,

Paul Michienzie (BBO#548701)
Richard C. Demerle (BBO#652242)
745 Boylston Street
Boston, MA 02116
(617) 227-5660
RD@masatlaw.com

DATE: January 7, 2011

## CERTIFICATE OF SERVICE

I, Richard C. Demerle, Esq. of the law firm of Michienzie & Sawin, LLC hereby certify that I have this 7th day of January 2011, served on behalf of Bank of America Corporation the above document by causing copies hereof to be delivered by first-class U.S. mail (M) to the following:

| Shiva Karimi, Esq.<br>Counsel for U.S. Bank, N.A.<br>Karimi & Associates, PC<br>268 Summer Street, Lower Level<br>Boston, MA 02110-1108 (M) | Edward Rice, Esq.<br>Volunteer Lawyers Project<br>99 Chauncy Street, Suite 400<br>Boston, MA 02111 (M) |
|---|---|

Richard C. Demerle