UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALANA WALDHOLZ INDIVIDUALLY AND AS NATURAL PARENT AND NEXT FRIEND OF D.R., J.O., and J.M.,<br>    Plaintiffs,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1;<br>WILSHIRE CREDIT CORPORATION AS ATTORNEY IN FACT FOR LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-MLN1, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM;<br>U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10; and<br>U.S. BANK N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF10, TRUSTEE OF THE 11 ROXTON STREET CONDOMINIUM,<br>    Defendants. | Civil Action No. 11-10434-PBS |

**ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY**

Defendant, Bank of America, NA[1], with the assent of counsel for Plaintiffs and co-defendant U.S. Bank[2], moves that the time within which it may respond to Plaintiffs' Motion to Compel Answers to Plaintiffs' Interrogatories to Defendant Wilshire Credit Corporation As Attorney in Fact for LaSalle Bank N.A. as Trustee for the MLMI Trust

---

[1] Bank of America, NA as successor-by-merger to BAC Home Loans Servicing, L.P. as successor-by-merger to Wilshire Credit Corporation as attorney in fact for LaSalle Bank N.A., as Trustee for the MLMI Trust Series 2006-MLN1 ("Bank of America, NA").

[2] U.S. Bank N.A. as Trustee for First Franklin Mortgage Loan Trust 2006-FF10 and U.S. Bank N.A. as Trustee for First Franklin Mortgage Loan Trust 2006-FF10, Trustee of the 11 Roxton Street Condominium (collectively "U.S. Bank").

Series 2006-MLN1 and to Plaintiffs' Motion to Compel Production of Documents from Defendant Wilshire Credit Corporation As Attorney in Fact for LaSalle Bank N.A. as Trustee for the MLMI Trust Series 2006-MLN1 ("Plaintiffs' Motions to Compel") be enlarged by fourteen (14) days through April 4, 2012.

For good cause therefor, Bank of America, NA states:

1. Plaintiffs' Motions to Compel were filed on March 7, 2012. Oppositions to these motions are currently due on March 21, 2012.

2. Bank of America, NA's counsel's office is located at 745 Boylston Street, Boston, Massachusetts. This address is in the middle of Boston's Back Bay.

3. Bank of America, NA's counsel's office was without electricity between the evening of Tuesday March 13, 2012 and the morning of Friday, March 16, 2012 due to a utility company transformer fire and the consequential failure of electrical service to Boston's Back Bay.

4. Bank of America, NA's counsel's office was without email access until the morning of March 19, 2012 due to the same reasons.

5. These conditions delayed the preparation of oppositions to Plaintiffs' Motions to Compel, which Bank of America, NA intends to file.

6. Bank of America, NA seeks an additional fourteen (14) days to complete its oppositions to Plaintiffs' Motions to Compel.

7. Edward Rice, Esq. counsel for Plaintiffs and Shiva Karimi, Esq. counsel for U.S. Bank have assented to this extension.

WHEREFORE, Defendant Bank of America, NA requests that this Court further enlarge by fourteen (14) days, through April 4, 2012, the time within which it may file its oppositions to Plaintiffs' Motions to Compel.

Respectfully submitted,

BANK OF AMERICA, NA
AS SUCCESSOR-BY-MERGER TO BAC
HOME LOANS SERVICING, L.P. AS
SUCCESSOR-BY-MERGER TO WILSHIRE
CREDIT CORPORATION AS ATTORNEY
IN FACT FOR LASALLE BANK N.A., AS
TRUSTEE FOR THE MLMI TRUST SERIES
2006-MLN1

By its Attorneys,

MICHIENZIE & SAWIN LLC

/s/*Eduardo A. González*
Paul Michienzie, Esq. - BBO#548701
Richard C. Demerle, Esq. - BBO#652242
Eduardo A. González, Esq. – BBO#658348
Michienzie & Sawin LLC
745 Boylston Street
Boston, MA  02116
617 227-5660
egonzalez@masatlaw.com

DATE: March 21, 2012

### LOCAL RULE 7.1(A)(2) Certification

In accordance with Local Rule 7.1(A)(2), Eduardo A. González, Esq. conferred with opposing counsel, attempted in good faith to narrow and resolve the issue, and obtained opposing counsel's assent to this motion.

   /s/ Eduardo A. González

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent to those indicated as non-registered participants, if any, via first class mail, postage prepaid on March 21, 2012.

   /s/ Eduardo A. González