# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALANA WALDHOLZ, <br> Plaintiff, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP and <br> U.S.BANK NATIONAL ASSOCIATION, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION** <br> **NO. 11-cv-10434-PBS** |

## ORDER WITH RESPECT TO MEDIATION

### October 7, 2013

HENNESSY, M.J.

The parties are hereby notified that, in accordance with District Judge Saris's Order of Reference dated September 26, 2013 (Docket #72), the court has scheduled a mediation conference at **9:30 am on October 16, 2013, in Courtroom 16 - Boston**. Counsel are directed to be present with their respective clients or representatives thereof without limitation on their authority to negotiate and commit to settlement terms that, in their discretion, may be acceptable. It shall be understood that all parties and counsel will participate in the conference in good faith and with the interest of settling the matter on mutually acceptable terms. It shall also be understood that all parties, counsel, and other persons who participate will keep confidential all communications exchanged during the conference. By no later than October 11, 2013, each party shall provide the court under seal a confidential settlement memorandum (marked "Confidential – Not for Docketing") of no more than four pages addressing with candor the following points:

1. A brief analysis of the key issues involved in the litigation, including a specific breakdown of the claimed damages.

2. A description of the strongest and weakest legal and factual points in the party's case.

3. A description of the strongest and weakest legal and factual points in the opponent's case.

4. The status of settlement negotiations, including the last settlement proposal made by each side. In this regard, counsel are directed to confer with their clients in advance of the mediation conference to explore the party's settlement position, and the parties are encouraged to exchange settlement proposals prior to the conference.

5. The settlement proposal that the party believes would be fair.

6. The settlement proposal that the party would be willing to make in order to conclude the matter at this time.

Each memorandum shall be sealed, held in confidence by the court and returned to the party at the conclusion of mediation. The memoranda shall be sent to Lisa Belpedio, Deputy Clerk, Clerk's Office, United States District Court, 595 Main Street, Worcester, Massachusetts 01608, or preferably, e-mailed to lisa_belpedio@mad.uscourts.gov.

If you believe the case is not ripe for mediation, please contact the Courtroom Deputy. Counsel are asked to accommodate the court's scheduled mediation date. If the date poses a serious conflict, please do NOT contact the Courtroom Deputy directly regarding mediation scheduling; instead, counsel are to confer and file an assented-to motion to continue the mediation, including therein several proposed dates for which all counsel and principals are available.

IT IS SO ORDERED.

/S/ David H. Hennessy
DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE